**Kirk LASSEND, Petitioner,**

v.

**UNITED STATES of America, Respondent.**

**Criminal No. 10–40019–FDS**

United States District Court, D. Massachusetts.

Signed 09/11/2017

Cory S. Flashner, Karin Michelle Bell, United States Attorney's Office, Worcester, MA, for Respondent.

## MEMORANDUM AND ORDER ON MOTION FOR A CERTIFICATE OF APPEALABILITY

SAYLOR, J.

On October 14, 2014, Kirk Lassend filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. The Court denied that petition on July 11, 2017. Lassend now seeks a certificate of appealability ("COA") in order to appeal the denial of his habeas petition. For the reasons that follow, that motion will be granted.

To appeal the final order in a proceeding instituted under 28 U.S.C. § 2255, the petitioner must first obtain a COA from a circuit justice or a district court. *See* 28 U.S.C. § 2253(c). A COA will issue only if the petitioner "has made a substantial showing of the denial of a constitutional right." § 2253(c)(2). This standard is satisfied by "demonstrating that jurists of reason could disagree with the district court's resolution of [petitioner's] constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller–El v. Cockrell*, 537 U.S. 322, 327, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003) (citing *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000)).

Petitioner contends that his sentence under the Armed Career Criminal Act, 18 U.S.C. § 924(e), which was based on a finding that he had three prior convictions for "violent felonies" under the force clause of the ACCA, violates the constitution in light of the Supreme Court's decision in *Johnson v. United States*, —— U.S. ——, 135 S.Ct. 2551, 192 L.Ed.2d 569 (2015). Petitioner's contention, while ultimately rejected by this Court, represents a substantial showing of the denial of a constitutional right. Further, a reasonable jurist could disagree with the Court's conclusions.

Accordingly, a certificate of appealability is GRANTED as to petitioner's claim that his sentence under the ACCA was imposed in violation of the Constitution.

**So Ordered.**